Settlement Date: October 1st, 2015
Time: 12:00 Noon

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
IN RE:                                    Chapter 13
                                          Case No. 11-15686 JLG
**MARIA DOROTHY STROHBEHN,**
                Debtor                    **OBJECTION TO PROPOSED ORDER**

-----------------------------------------------------------x

1. Debtor, acting *pro se*, requests that the Trustee withdraw the motion to dismiss because the arrearage of $5,550 has been paid, and Debtor is current on all payments under the plan.

2. In the alternative, Debtor requests an evidentiary hearing on the issue of dismissal of this case because debtor has not materially defaulted.

Respectfully Submitted,

_____
Maria Strohbehn, Debtor
*Pro Se*

September 22, 2015
Submitted

Settlement Date: October 1st, 2015
Time: 12:00 Noon

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
IN RE:                                                          Chapter 13
                                                                Case No. 11-15686 JLG

**MARIA DOROTHY STROHBEHN,**
                        Debtor                                  **DEBTOR'S AFFIDAVIT**

-------------------------------------------------------x

STATE OF NEW YORK    )
COUNTY OF NEW YORK   )  ss.:

Maria D. Strohbehn, being duly sworn, deposes and says:

1. I am the debtor in the above-captioned case, acting *pro se*.

2. Debtor filed a Chapter 13 proceeding on December 12, 2011.

3. Debtor has complied with the provisions of 11 U.S.C. §§ 1307 (c)(1) and (c)(6) in that Debtor has made 40 payments of $1387.98 since filing a modified Model Thirteen Plan on June 11, 2012, in the total amount of $55, 519.20 to date.

4. Debtor has complied with the Order Confirming Plan, dated October 24, 2013, whereby Debtor must remit 60 monthly payments of $1, 387.98 plus tax refunds over $1500.00, in that debtor has not intentionally missed any payments, nor acted in bad faith, and Debtor has not received a tax refund over $1500.00.

5. There is no material default in the debtor's case, in that the arrearage in the amount of $5, 551.92, was created inadvertently, and has been paid in full as of September 16, 2015 (see attached proof).

2

6. The creditors have not been prejudiced, and it is in their best interest to continue this chapter thirteen case because debtor had made substantial payments thus far, and intends to continue making payments AND;

7. Debtor is gainfully employed with a professional license, and must continue to make payments under the plan to keep that license and stay gainfully employed.

**WHEREFORE**, Debtor respectfully requests that the Trustee withdraw its motion to dismiss this case, or that this Court deny the Trustee's Motion to Dismiss, or in the alternative grant debtor an evidentiary hearing before deciding the Motion.

Subscribed and sworn to
before me this day of
SEP 18 2015
Notary Public

Maria Strohbehn, Debtor
*Pro Se*

Chenelle Nicole Arellano
Commisioner of Deeds, City of New York
No: 2-14030
Cert. Filed in New York County
Commission Expires September 1, 2017

**STATE OF NEW YORK
COUNTY OF NEW YORK**



3

## Account Ledger



| Case Number: 1115686 | Debtor1 Name: Maria Dorothy Strohbehn | Trustee Name: Jeffrey Sapir |
|---|---|---|
| Case Status: Con/Motion To Dismiss Pending | Debtor2 Name: | Trustee City: White Plains, NY |

| DATE PAID | CLAIM NUMBER | CHECK NUMBER | NAME OF PARTY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 09/16/2015 | | | N/A | | $5551.92 |
| 09/11/2015 | 002 | 439656 | NATIONAL COLLEGIATE TRUST | | -$231.89 |
| 09/11/2015 | 001 | 440391 | UNITED STATES DEPARTMENT OF EDUCATI | | -$722.77 |
| 09/11/2015 | 008 | 440466 | WELLS FARGO BANK N.A. | | -$6.99 |
| 09/11/2015 | 003 | 440563 | American Express Centurion Bank | | -$57.91 |
| 09/11/2015 | 007 | 440609 | DEPARTMENT OF EDUCATION | | -$327.80 |
| 09/11/2015 | 006 | 440654 | OAK HARBOR CAPITAL, LLC | | -$32.95 |
| 09/11/2015 | 004 | 440681 | WORLD FINANCIAL NETWORK NATIONAL BA | | -$5.87 |
| 09/11/2015 | 005 | 440681 | WORLD FINANCIAL NETWORK NATIONAL BA | | -$6.39 |
| 08/28/2015 | | 438458 | JEFFREY L. SAPIR | | -$61.07 |
| 08/18/2015 | | | N/A | | $1387.98 |
| 07/13/2015 | 001 | 436549 | UNITED STATES DEPARTMENT OF EDUCATI | | -$690.96 |
| 07/13/2015 | 002 | 435993 | NATIONAL COLLEGIATE TRUST | | -$221.69 |
| 07/13/2015 | 004 | 436777 | WORLD FINANCIAL NETWORK NATIONAL BA | | -$5.61 |
| 07/13/2015 | 005 | 436777 | WORLD FINANCIAL NETWORK NATIONAL BA | | -$6.11 |
| 07/13/2015 | 006 | 436761 | OAK HARBOR CAPITAL, LLC | | -$31.51 |
| 07/13/2015 | 003 | 436691 | American Express Centurion Bank | | -$55.36 |
| 07/13/2015 | 007 | 436726 | DEPARTMENT OF EDUCATION | | -$313.38 |
| 06/26/2015 | | 435097 | JEFFREY L. SAPIR | | -$61.07 |
| 06/23/2015 | | | N/A | | $1387.98 |
| 06/11/2015 | 001 | 434840 | UNITED STATES DEPARTMENT OF EDUCATI | | -$690.97 |
| 06/11/2015 | 002 | 434211 | NATIONAL COLLEGIATE TRUST | | -$221.68 |
| 06/11/2015 | 007 | 435032 | DEPARTMENT OF EDUCATION | | -$313.38 |
| 06/11/2015 | 003 | 434992 | American Express Centurion Bank | | -$55.36 |
| 06/11/2015 | 006 | 435071 | OAK HARBOR CAPITAL, LLC | | -$31.50 |
| 06/11/2015 | 005 | 435090 | WORLD FINANCIAL NETWORK NATIONAL BA | | -$6.11 |
| 06/11/2015 | 004 | 435090 | WORLD FINANCIAL NETWORK NATIONAL BA | | -$5.61 |
| 05/29/2015 | | 433201 | JEFFREY L. SAPIR | | -$61.07 |
| 05/12/2015 | | | N/A | | $1387.98 |
| 04/30/2015 | | 431561 | JEFFREY L. SAPIR | | -$61.07 |
| 04/13/2015 | 002 | 431280 | NATIONAL COLLEGIATE TRUST | | -$221.68 |
| 04/13/2015 | 001 | 431487 | UNITED STATES DEPARTMENT OF EDUCATI | | -$690.97 |
| 04/13/2015 | 005 | 431557 | WORLD FINANCIAL NETWORK NATIONAL BA | | -$6.11 |
| 04/13/2015 | 006 | 431311 | OAK HARBOR CAPITAL, LLC | | -$31.50 |
| 04/13/2015 | 004 | 431557 | WORLD FINANCIAL NETWORK NATIONAL BA | | -$5.60 |
| 04/13/2015 | 003 | 430865 | American Express Centurion Bank | | -$55.36 |
| 04/13/2015 | 007 | 431077 | DEPARTMENT OF EDUCATION | | -$313.40 |
| 04/13/2015 | 008 | 431520 | WELLS FARGO BANK N.A. | | -$6.88 |
| 04/08/2015 | | | N/A | | $1387.98 |
| 03/31/2015 | | 429766 | JEFFREY L. SAPIR | | -$61.07 |
| 03/13/2015 | 001 | 429699 | UNITED STATES DEPARTMENT OF EDUCATI | | -$690.96 |
| 03/13/2015 | 002 | 429513 | NATIONAL COLLEGIATE TRUST | | -$221.69 |
| 03/13/2015 | 003 | 429113 | American Express Centurion Bank | | -$55.37 |
| 03/13/2015 | 007 | 429312 | DEPARTMENT OF EDUCATION | | -$313.37 |
| 03/13/2015 | 004 | 429763 | WORLD FINANCIAL NETWORK NATIONAL BA | | -$5.61 |
| 03/13/2015 | 006 | 429541 | OAK HARBOR CAPITAL, LLC | | -$31.50 |
| 03/13/2015 | 005 | 429763 | WORLD FINANCIAL NETWORK NATIONAL BA | | -$6.11 |
| 03/09/2015 | | | N/A | | $1387.98 |
| 02/16/2015 | 002 | 427682 | NATIONAL COLLEGIATE TRUST | | -$221.69 |
| 02/16/2015 | 001 | 427908 | UNITED STATES DEPARTMENT OF EDUCATI | | -$690.97 |
| 02/16/2015 | 005 | 427979 | WORLD FINANCIAL NETWORK NATIONAL BA | | -$6.11 |

| DATE PAID | CLAIM NUMBER | CHECK NUMBER | NAME OF PARTY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 02/16/2015 | 004 | 427979 | WORLD FINANCIAL NETWORK NATIONAL BA | | -$5.61 |
| 02/16/2015 | 006 | 427716 | OAK HARBOR CAPITAL, LLC | | -$31.50 |
| 02/16/2015 | 007 | 427455 | DEPARTMENT OF EDUCATION | | -$313.38 |
| 02/16/2015 | 003 | 427233 | American Express Centurion Bank | | -$55.36 |
| 01/30/2015 | | 426046 | JEFFREY L. SAPIR | | -$61.07 |
| 01/26/2015 | | | N/A | | $1387.98 |
| 01/09/2015 | 001 | 425975 | UNITED STATES DEPARTMENT OF EDUCATI | | -$690.97 |
| 01/09/2015 | 001 | 425975 | UNITED STATES DEPARTMENT OF EDUCATI | Replaces check number 422508. | -$690.96 |
| 01/09/2015 | 001 | 425975 | UNITED STATES DEPARTMENT OF EDUCATI | Replaces check number 420721. | -$701.09 |
| 01/09/2015 | 002 | 425783 | NATIONAL COLLEGIATE TRUST | | -$221.68 |
| 01/09/2015 | 003 | 425383 | American Express Centurion Bank | | -$55.36 |
| 01/09/2015 | 008 | 426004 | WELLS FARGO BANK N.A. | | -$6.89 |
| 01/09/2015 | 007 | 425576 | DEPARTMENT OF EDUCATION | | -$313.37 |
| 01/09/2015 | 006 | 425811 | OAK HARBOR CAPITAL, LLC | | -$31.51 |
| 01/09/2015 | 004 | 426039 | WORLD FINANCIAL NETWORK NATIONAL BA | | -$5.61 |
| 01/09/2015 | 005 | 426039 | WORLD FINANCIAL NETWORK NATIONAL BA | | -$6.11 |
| 12/31/2014 | | 424316 | JEFFREY L. SAPIR | | -$61.07 |
| 12/22/2014 | 001 | 420721 | ACCESS GROUP INC | NG ADDRESS | $701.09 |
| 12/22/2014 | 001 | 422508 | ACCESS GROUP INC | NG ADDRESS | $690.96 |
| 12/11/2014 | | | N/A | | $1387.98 |
| 12/09/2014 | 001 | 422508 | ACCESS GROUP INC | | -$690.96 |
| 12/09/2014 | 002 | 424048 | NATIONAL COLLEGIATE TRUST | | -$221.69 |
| 12/09/2014 | 005 | 424311 | WORLD FINANCIAL NETWORK NATIONAL BA | | -$12.23 |
| 12/09/2014 | 004 | 424311 | WORLD FINANCIAL NETWORK NATIONAL BA | | -$11.22 |
| 12/09/2014 | 006 | 424079 | OAK HARBOR CAPITAL, LLC | | -$31.50 |
| 12/09/2014 | 007 | 423820 | DEPARTMENT OF EDUCATION | | -$313.38 |
| 12/09/2014 | 003 | 423607 | American Express Centurion Bank | | -$55.36 |
| 11/28/2014 | | 422449 | JEFFREY L. SAPIR | | -$61.07 |
| 11/13/2014 | | | N/A | | $1387.98 |
| 11/13/2014 | 001 | 420721 | ACCESS GROUP INC | Replaces check number 417106. | -$701.09 |
| 11/05/2014 | 001 | 417106 | ACCESS GROUP INC | NG ADDRESS | $701.09 |
| 10/15/2014 | 001 | 418918 | ACCESS GROUP INC | | -$690.85 |
| 10/15/2014 | 003 | 420001 | American Express Centurion Bank | | -$55.35 |
| 10/15/2014 | 002 | 420438 | NATIONAL COLLEGIATE TRUST | | -$221.64 |
| 10/15/2014 | 007 | 420205 | DEPARTMENT OF EDUCATION | | -$313.34 |
| 10/15/2014 | 006 | 420468 | OAK HARBOR CAPITAL, LLC | | -$31.49 |
| 10/02/2014 | | | N/A | | $1387.98 |
| 10/01/2014 | | 418853 | JEFFREY L. SAPIR | | -$0.22 |
| 09/11/2014 | 002 | 418586 | NATIONAL COLLEGIATE TRUST | | -$224.93 |
| 09/11/2014 | | 418851 | JEFFREY L. SAPIR | | -$21.14 |
| 09/11/2014 | | 418852 | JEFFREY L. SAPIR | | -$21.15 |
| 09/11/2014 | 003 | 418135 | American Express Centurion Bank | | -$56.17 |
| 09/11/2014 | 001 | 417106 | ACCESS GROUP INC | | -$701.09 |
| 09/11/2014 | 006 | 418615 | OAK HARBOR CAPITAL, LLC | | -$31.97 |
| 09/11/2014 | 004 | 418847 | WORLD FINANCIAL NETWORK NATIONAL BA | | -$11.38 |
| 09/11/2014 | 007 | 418351 | DEPARTMENT OF EDUCATION | | -$317.96 |
| 09/11/2014 | 008 | 418057 | WELLS FARGO BANK N.A. | | -$11.49 |
| 09/11/2014 | 005 | 418847 | WORLD FINANCIAL NETWORK NATIONAL BA | | -$12.40 |
| 09/03/2014 | | | N/A | | $1387.98 |
| 08/11/2014 | 001 | 415272 | ACCESS GROUP INC | | -$701.08 |
| 08/11/2014 | 003 | 416395 | American Express Centurion Bank | | -$56.17 |
| 08/11/2014 | | 417033 | JEFFREY L. SAPIR | | -$20.60 |
| 08/11/2014 | | 417032 | JEFFREY L. SAPIR | | -$20.60 |
| 08/11/2014 | 002 | 416802 | NATIONAL COLLEGIATE TRUST | | -$224.93 |
| 08/11/2014 | 007 | 416594 | DEPARTMENT OF EDUCATION | | -$317.99 |
| 08/11/2014 | 006 | 416826 | OAK HARBOR CAPITAL, LLC | | -$31.96 |
| 08/06/2014 | | | N/A | | $1387.98 |
| 07/14/2014 | | 415236 | JEFFREY L. SAPIR | | -$20.97 |
| 07/14/2014 | 002 | 414991 | NATIONAL COLLEGIATE TRUST | | -$225.02 |

| DATE PAID | CLAIM NUMBER | CHECK NUMBER | NAME OF PARTY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 07/14/2014 | | 415237 | JEFFREY L. SAPIR | | -$20.97 |
| 07/14/2014 | 003 | 414582 | American Express Centurion Bank | | -$56.20 |
| 07/14/2014 | 001 | 413483 | ACCESS GROUP INC | | -$701.35 |
| 07/14/2014 | 006 | 415017 | OAK HARBOR CAPITAL, LLC | | -$31.98 |
| 07/14/2014 | 004 | 415233 | WORLD FINANCIAL NETWORK NATIONAL BA | | -$11.20 |
| 07/14/2014 | 007 | 414783 | DEPARTMENT OF EDUCATION | | -$318.08 |
| 07/14/2014 | 005 | 415233 | WORLD FINANCIAL NETWORK NATIONAL BA | | -$12.21 |
| 06/25/2014 | | | N/A | | $1387.98 |
| 06/10/2014 | | 413436 | JEFFREY L. SAPIR | | -$41.20 |
| 06/10/2014 | 001 | 411663 | ACCESS GROUP INC | | -$679.41 |
| 06/10/2014 | 003 | 412773 | American Express Centurion Bank | | -$54.43 |
| 06/10/2014 | | 413437 | JEFFREY L. SAPIR | | -$41.20 |
| 06/10/2014 | 002 | 413194 | NATIONAL COLLEGIATE TRUST | | -$217.97 |
| 06/10/2014 | 007 | 412976 | DEPARTMENT OF EDUCATION | | -$308.14 |
| 06/10/2014 | 006 | 413217 | OAK HARBOR CAPITAL, LLC | | -$30.97 |
| 05/30/2014 | | | N/A | | $1387.98 |
| 05/08/2014 | | 411621 | JEFFREY L. SAPIR | | -$41.93 |
| 05/08/2014 | 002 | 411375 | NATIONAL COLLEGIATE TRUST | | -$217.98 |
| 05/08/2014 | | 411622 | JEFFREY L. SAPIR | | -$41.94 |
| 05/08/2014 | 003 | 410969 | American Express Centurion Bank | | -$54.44 |
| 05/08/2014 | 001 | 410955 | ACCESS GROUP INC | | -$679.40 |
| 05/08/2014 | 006 | 411398 | OAK HARBOR CAPITAL, LLC | | -$30.97 |
| 05/08/2014 | 004 | 411614 | WORLD FINANCIAL NETWORK NATIONAL BA | | -$11.03 |
| 05/08/2014 | 007 | 411548 | US DEPARTMENT OF EDUCATION | | -$308.14 |
| 05/08/2014 | 005 | 411614 | WORLD FINANCIAL NETWORK NATIONAL BA | | -$12.02 |
| 04/15/2014 | | | N/A | | $1387.98 |
| 04/10/2014 | | 409827 | JEFFREY L. SAPIR | | -$41.56 |
| 04/10/2014 | | 409828 | JEFFREY L. SAPIR | | -$41.56 |
| 04/10/2014 | 003 | 409104 | American Express Centurion Bank | | -$54.43 |
| 04/10/2014 | 001 | 409087 | ACCESS GROUP INC | | -$679.40 |
| 04/10/2014 | 002 | 409562 | NATIONAL COLLEGIATE TRUST | | -$217.97 |
| 04/10/2014 | 007 | 409748 | US DEPARTMENT OF EDUCATION | | -$308.14 |
| 04/10/2014 | 008 | 409019 | WELLS FARGO BANK N.A. | | -$11.29 |
| 04/10/2014 | 006 | 409588 | OAK HARBOR CAPITAL, LLC | | -$30.98 |
| 03/20/2014 | | | N/A | | $1387.98 |
| 03/10/2014 | | 407911 | JEFFREY L. SAPIR | | -$41.93 |
| 03/10/2014 | | 407912 | JEFFREY L. SAPIR | | -$41.94 |
| 03/10/2014 | 002 | 407668 | NATIONAL COLLEGIATE TRUST | | -$217.98 |
| 03/10/2014 | 001 | 407233 | ACCESS GROUP INC | | -$679.40 |
| 03/10/2014 | 003 | 407251 | American Express Centurion Bank | | -$54.44 |
| 03/10/2014 | 006 | 407694 | OAK HARBOR CAPITAL, LLC | | -$30.97 |
| 03/10/2014 | 004 | 407905 | WORLD FINANCIAL NETWORK NATIONAL BA | | -$11.03 |
| 03/10/2014 | 007 | 407836 | US DEPARTMENT OF EDUCATION | | -$308.12 |
| 03/10/2014 | 005 | 407905 | WORLD FINANCIAL NETWORK NATIONAL BA | | -$12.02 |
| 02/20/2014 | | | N/A | | $1387.98 |
| 02/10/2014 | | 406223 | JEFFREY L. SAPIR | | -$41.20 |
| 02/10/2014 | | 406224 | JEFFREY L. SAPIR | | -$41.20 |
| 02/10/2014 | 003 | 405576 | American Express Centurion Bank | | -$54.43 |
| 02/10/2014 | 002 | 405990 | NATIONAL COLLEGIATE TRUST | | -$217.97 |
| 02/10/2014 | 001 | 405559 | ACCESS GROUP INC | | -$679.41 |
| 02/10/2014 | 007 | 406153 | US DEPARTMENT OF EDUCATION | | -$308.14 |
| 02/10/2014 | 006 | 406017 | OAK HARBOR CAPITAL, LLC | | -$30.98 |
| 01/24/2014 | | | N/A | | $1387.98 |
| 01/10/2014 | | 402974 | JEFFREY L. SAPIR | | -$41.93 |
| 01/10/2014 | | 402975 | JEFFREY L. SAPIR | | -$41.94 |
| 01/10/2014 | 002 | 402738 | NATIONAL COLLEGIATE TRUST | | -$217.97 |
| 01/10/2014 | 001 | 402327 | ACCESS GROUP INC | | -$679.40 |
| 01/10/2014 | 001 | 402327 | ACCESS GROUP INC | Replaces check number 399816. | -$679.40 |
| 01/10/2014 | 003 | 402344 | American Express Centurion Bank | | -$54.44 |

| DATE PAID | CLAIM NUMBER | CHECK NUMBER | NAME OF PARTY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 01/10/2014 | 006 | 402764 | OAK HARBOR CAPITAL, LLC | | -$30.97 |
| 01/10/2014 | 004 | 402968 | WORLD FINANCIAL NETWORK NATIONAL BA | | -$11.03 |
| 01/10/2014 | 007 | 402897 | US DEPARTMENT OF EDUCATION | | -$308.13 |
| 01/10/2014 | 005 | 402968 | WORLD FINANCIAL NETWORK NATIONAL BA | | -$12.02 |
| 12/26/2013 | 001 | 399816 | ACCESS GROUP INC | NG ADDRESS | $679.40 |
| 12/13/2013 | | | N/A | | $1387.98 |
| 12/10/2013 | | 401399 | JEFFREY L. SAPIR | | -$41.20 |
| 12/10/2013 | | 401400 | JEFFREY L. SAPIR | | -$41.20 |
| 12/10/2013 | 002 | 401168 | NATIONAL COLLEGIATE TRUST | | -$217.98 |
| 12/10/2013 | 001 | 399816 | ACCESS GROUP INC | | -$679.40 |
| 12/10/2013 | 003 | 400773 | American Express Centurion Bank | | -$54.43 |
| 12/10/2013 | 007 | 401324 | US DEPARTMENT OF EDUCATION | | -$308.13 |
| 12/10/2013 | 006 | 401196 | OAK HARBOR CAPITAL, LLC | | -$30.98 |
| 11/13/2013 | | | N/A | | $1387.98 |
| 11/11/2013 | | 399790 | JEFFREY L. SAPIR | | -$874.28 |
| 11/11/2013 | | 399791 | JEFFREY L. SAPIR | | -$874.27 |
| 11/11/2013 | 007 | 399721 | US DEPARTMENT OF EDUCATION | | -$6469.74 |
| 11/11/2013 | 001 | 398192 | ACCESS GROUP INC | | -$14264.99 |
| 11/11/2013 | 002 | 399569 | NATIONAL COLLEGIATE TRUST | | -$4576.68 |
| 11/11/2013 | 003 | 399191 | American Express Centurion Bank | | -$1142.94 |
| 11/11/2013 | 006 | 399594 | OAK HARBOR CAPITAL, LLC | | -$650.35 |
| 11/11/2013 | 004 | 399783 | WORLD FINANCIAL NETWORK NATIONAL BA | | -$115.79 |
| 11/11/2013 | 008 | 399111 | WELLS FARGO BANK N.A. | | -$47.37 |
| 11/11/2013 | 005 | 399783 | WORLD FINANCIAL NETWORK NATIONAL BA | | -$126.17 |
| 10/16/2013 | | | N/A | | $1387.98 |
| 09/05/2013 | | | N/A | | $1387.98 |
| 08/09/2013 | | | N/A | | $1387.98 |
| 07/09/2013 | | | N/A | | $1387.98 |
| 05/29/2013 | | | N/A | | $1387.98 |
| 04/29/2013 | | | N/A | | $1387.98 |
| 04/03/2013 | | | N/A | | $1387.98 |
| 03/08/2013 | | | N/A | | $1387.98 |
| 01/23/2013 | | | N/A | | $1387.98 |
| 12/26/2012 | | | N/A | | $1387.98 |
| 11/30/2012 | | | N/A | | $1387.98 |
| 11/01/2012 | | | N/A | | $1387.98 |
| 09/25/2012 | | | N/A | | $1387.98 |
| 08/23/2012 | | | N/A | | $1387.98 |
| 08/07/2012 | | | N/A | | $1063.94 |
| 07/24/2012 | | | N/A | | $1387.98 |
| 07/06/2012 | | | N/A | | $1000.00 |
| 06/18/2012 | | | N/A | | $1387.98 |
| 05/22/2012 | | | N/A | | $2100.00 |
| 04/18/2012 | | | N/A | | $1387.98 |
| 03/23/2012 | | | N/A | | $1387.98 |

Settlement Date: October 1st, 2015
Time: 12:00 Noon

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
IN RE:                                                              Chapter 13
                                                                    Case No. 11-15686 JLG

**MARIA DOROTHY STROHBEHN,**
                        Debtor
-----------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that on 9/22/15, a copy of the Debtor's affidavit and objection to the Trustee's Motion to Dismiss was filed. I further certify that on 9/22/15, a copy of the Debtor's affidavit and objection to the Trustee's Motion to Dismiss was mailed by first-class mail, postage pre-paid and properly addressed to the Trustee, Jeffrey Sapir, at 399 Knollwood Road, Suite 102, White Plains, New York, 10603.

/s/ Maria Strohbehn, Debtor
*Pro Se*