# United States Bankruptcy Court
Southern District Of New York

In re Maria Dorothy Strohbehn  
**Debtor\***  
Address: 200 Water Street, Apt. 1718  
New York, NY 10038

Case No. _11-15686-shl_____

Chapter 13

Last four digits of Social-Security or Individual Taxpayer-Identification (ITIN) No(s).,(if any): 3515  
Employer Tax-Identification (EIN) No(s).(if any): n/a

Date: 2-3-2017

My address has changed and is now 200 Water Street, apt. 2118, NY, NY 10038

# UNITED STATES BANKRUPTCY COURT
## Southern District Of New York

In re Maria Dorothy Strohbehn  
Debtor*  
Address: 200 Water Street, Apt. 2118  
New York, NY 10038  

Case No. _11-15686-shl_

Chapter 13

Last four digits of Social-Security or Individual Taxpayer-Identification (ITIN) No(s).,(if any): 3515  
Employer Tax-Identification (EIN) No(s).(if any): n/a

DEBTOR'S CERTIFICATION OF PLAN COMPLETION AND REQUEST FOR DISCHARGE

Debtor in the above-captioned matter certifies that:

1. Debtor has completed all plan payments in the amount of $83,278.80 since filing in December of 2011;
2. Debtor has completed a financial management course from an approved provider and filed form 423 with the Court;
3. Certification concerning domestic support obligations: Debtor has not been required by judicial or administrative order or by statute to pay any domestic support obligations as defined in 11 U.S.C § 101 (14A)
4. Certification concerning 11 U.S.C. §1328 (h): Debtor certifies that 11 U.S.C § 522 (q)(1) is not applicable to debtor and there is not pending any proceeding in which the debtor may be found guilty of a felony of the kind described in 522 (q)(1)(A) or liable for a debt of the kind described in 522 (q)(1)(B).
5. Debtor certifies that she has not had a discharge in chapter 7, 11,12 or 13 in the four year period preceding the filing of the instant case.
6. Debtor acknowledges a continued obligation to pay the unsecured student loan claims of the United States Department of Education which are not dischargeable under the instant case.

The undersigned requests that a discharge be granted under 11 U.S.C.§ 1328. By signing this certification, I acknowledge that all the statements contained herein are true and accurate and that the Court may rely on each of these statements in determining whether to grant discharge in this chapter 13 case. The Court may revoke my discharge if these statement are found to be false or inaccurate.

Date 2/3/17  
Debtor_____, *Pro se*

## CERTIFICATE OF SERVICE

I hereby certify that notice of this eligibility of discharge was served on the Court, Trustee, and all parties in interest on this date by first-class mail.

Debtor _[signature]_   2/3/17

Pro Se

B2830 (Form 2830) (04/16)

# UNITED STATES BANKRUPTCY COURT

__Southern__ District Of __New York__

In re __Maria Dorothy Strohbehn__    Case No. __11-15686-shl__
Debtor

### CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

☑ I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

☐ I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

My current address: __200 Water St, Apt. 2118, NY, NY 10038__

My current employer and my employer's address: _____

*Part III. Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

☒ I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $160,375* in value in the aggregate.

☐ I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $160,375* in value in the aggregate.

* Amounts are subject to adjustment on 4/01/19, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

B2830 (Form 2830) (page 2)

*Part IV. Debtor's Signature*

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on ___1-30-17___  _____
          Date                               Debtor