UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
IN RE:

                Chapter 13

      **xxx-xx-**
      **xxx-xx-**          Case No.

        Debtor(s)
-----------------------------------------------------------x

# CHAPTER 13 TRUSTEE'S REPORT OF COMPLETION
# OF PLAN PAYMENTS

  JEFFREY L. SAPIR, Chapter 13 Trustee, reports to the Court that the above-named Debtor(s) has made all payments to the Chapter 13 Trustee as required by the Confirmed Chapter 13 Plan.

Dated: White Plains, New York

                Jeffrey L. Sapir
                Chapter 13 Trustee
                399 Knollwood Road
                White Plains, New York 10603
                914-328-6333

DSH New Law 10/17/05

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | FORM 1 |

-----------------------------------------------------------------x

IN RE:

                         **xxx-xx-**         Chapter 13
                         **xxx-xx-**

                                     Case No.

                 Debtor(s)

-----------------------------------------------------------------x

# **DEBTOR'S REQUEST FOR ENTRY OF DISCHARGE and CERTIFICATION REGARDING PLAN COMPLETION**

  The Debtor makes the following certifications regarding the completion of the plan:

1. I have satisfied all plan requirements.

2. I have completed the post-petition Financial Management Course. (The certificate of completion must be filed with the Court before the Court can issue the Discharge)

I declare under penalty of perjury that the information provided in this certification and motion is true and correct and move the Court to enter a discharge in this case.

_____                              _____
    Date                                                                          Sign

_____                              _____
    Date                                                                            Sign

B283 (Form 283) (04/13)

# UNITED STATES BANKRUPTCY COURT

_____ **District Of** _____

**In re** _____        **Case No.** _____
            **Debtor**

### CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I.* Certification Regarding Domestic Support Obligations *(check no more than one)*

   Pursuant to 11 U.S.C. Section 1328(a), I certify that:

   ☐   I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

   ☐   I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II.* If you checked the second box, you must provide the information below.

   My current address: _____

   My current employer and my employer's address: _____
   _____

*Part III.* Certification Regarding Section 522(q) *(check no more than one)*

   Pursuant to 11 U.S.C. Section 1328(h), I certify that:

   ☐   I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $155,675* in value in the aggregate.

   ☐   I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $155,675* in value in the aggregate.

*\*Amounts are subject to adjustment on 4/01/16, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

*Part IV. Debtor's Signature*

      I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on _____     _____
             Date                  Debtor