**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004–1408

| | |
|---|---|
| IN RE: Maria Dorothy Strohbehn | CASE NO.: 11–15686–cgm |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: xxx–xx–3515 | CHAPTER: 13 |

## ORDER OF FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

Jeffrey L. Sapir–13 is discharged as trustee of the estate and the chapter 13 case of the above named debtor(s) is closed.

Dated: July 26, 2017

Cecelia G. Morris , Bankruptcy Judge