# Notice Recipients

District/Off: 0208−1    User: jlachappe    Date Created: 7/26/2017
Case: 11−15686−cgm    Form ID: 149    Total: 4

**Recipients of Notice of Electronic Filing:**
tr    Jeffrey L. Sapir−13    info@sapirch13tr.com
aty    Jeffrey L. Sapir−13    info@sapirch13tr.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Maria Dorothy Strohbehn    200 Water Street    Apt. 2118    New York, NY 10038
ust    United States Trustee    Office of the United States Trustee    U.S. Federal Office Building    201 Varick Street, Room 1006    New York, NY 10014

TOTAL: 2